**No. 11M35. Miguel Vega-Cosme, Petitioner v. United States.**

565 U.S. 940, 132 S. Ct. 445, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7393.

October 11, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-788. Charles A. Rehberg, Petitioner v. James P. Paulk.**

565 U.S. 940, 132 S. Ct. 445, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7330.

October 11, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument denied.

Same case below, 611 F.3d 828.

**No. 10-1104. Margaret Minneci, et al., Petitioners v. Richard Lee Pollard, et al.**

565 U.S. 940, 132 S. Ct. 445, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7419.

October 11, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 11-5580. Anna Karin Antonsson, Petitioner v. John W. Kast.**

565 U.S. 940, 132 S. Ct. 447, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7255.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 1, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5718. Marion Hirsch, Petitioner v. Enoch Pratt Free Library, et al.**

565 U.S. 940, 132 S. Ct. 447, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7436.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 1, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5792. Albert Morgan, Jr., Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 940, 132 S. Ct. 448, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7411.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 1, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 428 Fed. Appx. 974.

**No. 10-1042. Tammy Foret Freeman, et vir, Petitioners v. Quicken Loans, Inc.**

565 U.S. 941, 132 S. Ct. 397, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7384.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.